UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   2:23-cv-03700-FMO (SK)                    Date: January 25, 2024

Title       Eliot Stacy v. Whittington Motor Sports Inc., et al.

Present:  The Honorable:  Steve Kim, United States Magistrate Judge

| Connie Chung | n/a |
|:---:|:---:|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| None present | None present |

**Proceedings:**        (IN CHAMBERS) **ORDER TO SHOW CAUSE**

On January 10, 2024, plaintiff Eliot Stacy moved to strike the answer of defendants Whittington Motor Sports, Inc. (dba Wires Only) and R.D. William Whittington, and noticed the motion for hearing on February 14, 2024.  (ECF 27). Defendants' opposition to that motion was thus due by no later than January 24, 2024. *See* L.R. 7-9.  Yet as of this order, defendants have filed no timely opposition.  As a result, defendants are **ordered to show cause in writing by no later than 9 am PT on January 29, 2024** why their failure to timely oppose should not "be deemed consent to the granting" of plaintiff's motion to strike their answer.  L.R. 7-12.  Failure to timely respond to this order will lead to the granting of plaintiff's motion with no further notice to defendants.  *See* Fed. R. Civ. P. 41(b); L.R. 41-1.

IT IS SO ORDERED.