UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   2:23-cv-03700-FMO (SK)                                   Date: January 30, 2024

Title   Eliot Stacy v. Whittington Motor Sports Inc., et al.

Present: The Honorable: Steve Kim, United States Magistrate Judge

| Connie Chung | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None present | None present |

**Proceedings:**     (IN CHAMBERS) **ORDER TO SHOW CAUSE**

**James A. Bryant**, counsel of record for defendants Whittington Motor Sports, Inc. (dba Wires Only) and R.D. William Whittington, is ORDERED TO SHOW CAUSE IN PERSON at **10 AM on Wednesday, February 7, 2024 in Courtroom 540 of the Roybal Federal Building and United States Courthouse**, located at 255 East Temple Street in Los Angeles, California 90012, why he personally, defendants, or all of them should not be found in contempt and otherwise sanctioned for failure to comply with multiple court orders.  Counsel must be prepared to explain why he has evidently not checked the CM/ECF system once since filing defendants' answer to plaintiff's complaint—including by no later than on or around January 3, 2024, when he was put on *actual* notice of missed court filings and orders.  (ECF 27-6).

The Clerk is instructed to mail, fax, and email a copy of this order to counsel's physical and virtual addresses of record as reflected on the public docket:

> James A. Bryant, II
> 4929 Wilshire Boulevard, Suite 1010
> Los Angeles, CA 90010
> 323-435-8205
> Fax: 323-282-5280
> Email: james.bryant@thecalawgroup.com

IT IS SO ORDERED.