IN THE UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIOT STACY, <br>         Plaintiff, <br><br> v. <br><br> WHITTINGTON MOTOR SPORTS, INC. DBA WIRES ONLY, AND R.D. WILLIAM WHITTINGTON, <br>         Defendants. | CASE NO.: 2:23-cv-03700-SSC <br><br> JUDGMENT |

- 1 -

JUDGMENT

This action came on for jury trial on August 19, 2024, the Honorable Stephanie S. Christensen, United States Magistrate Judge Presiding. On August 21, 2024, the case having been duly tried and submitted to the jury, the jury retired to deliberate, and answered as attached hereto.

Accordingly, IT IS ORDERED AND ADJUDGED that:

1. Plaintiff shall have judgment against defendant Whittington Motor Sports, Inc. dba Wires Only, and recover the sum of $ 531,807.00.

2. Plaintiff shall take nothing by way of the Complaint as to Defendant R.D. William Whittington.

2. Plaintiff shall recover costs of suit as taxed by the Clerk.

3. All sums awarded by this judgment bear interest at the judgment rate from the date of entry of this judgment until paid in full.

4. The Court reserves jurisdiction to determine defendant Whittington Motor Sports, Inc. dba Wires Only's liability for Plaintiff's reasonable attorney fees pursuant to Magnuson-Moss, 15 U.S.C. § 2310; Song-Beverly, Cal. Civ. Code § 1794, Consumer Legal Remedies Act, Cal. Civ. Code § 1780.

5. All relief not expressly granted by this judgment is denied.

IT IS SO ORDERED:

Dated: August 29, 2024



HONORABLE STEPHANIE S. CHRISTENSEN
UNITED STATES MAGISTRATE JUDGE

JUDGMENT